IN THE UNITED STATES DISTRICT COURT
FOR THE NEW HAMPSHIRE

| | |
|---|---|
| IN RE: SUMMONS | Case No. 1:23-mc- |
| | **Filed Under Seal** |

### APPLICATION FOR ORDER COMMANDING GOOGLE, LLC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUMMONS

The United States requests that the Court order Google, LLC not to notify any person (including the subscribers or customers of the account(s) listed in the summons) of the existence of the attached summons for 180 days from the date of the attached Order.

Google, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached summons, which requires Google, LLC to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, summons, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, summons, or court order." *Id.*

In this case, such an order would be appropriate because the attached summons relates to an ongoing criminal investigation regarding allegations of human trafficking. The attached summons requests records of peoples of interest and potential targets of investigation. The investigation is not known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee from prosecution, to destroy or

tamper with potential evidence or change patterns of behavior, or to intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google, LLC not to disclose the existence or content of the attached summons for 180 days from the date of the attached Order, except that Google, LLC may disclose the attached summons to an attorney for Google, LLC for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

                                      Respectfully submitted,

                                      JANE E. YOUNG
                                      United States Attorney

Dated:  May 31, 2023              /s/ Kasey A. Weiland
                                      Kasey A. Weiland
                                        Assistant United States Attorney
                                        53 Pleasant Street
                                        4th floor
                                        Concord, NH  03301